# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELMER PARKER**, | : | CIVIL ACTION NO. 1:09-CV-0204 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **TR. SNIEZEK**, WARDEN, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 25th day of March, 2009, upon consideration of respondent's motion to dismiss the petition for writ of habeas corpus as moot (Doc. 9), on the basis that the Federal Bureau of Prisons has provided petitioner the relief he was seeking by correcting his sentence to reflect the intent of the courts and adjusting his projected release date from May 16, 2015, to July 15, 2012 (Doc. 10, at 4), see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) (recognizing that "Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) (finding "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), and no opposition having been filed to the motion, it is hereby ORDERED that:

1. Respondent's motion to dismiss the petition for writ of habeas corpus as moot (Doc. 9) is GRANTED.

2. The Clerk of Court is directed to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge